# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HROMI | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:17-cv-2303 |
| | ) | |
| RYOBI TECHNOLOGIES, INC. et al. | ) | Judge John R. Adams |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL

We, the attorneys for the respective parties, do hereby stipulate that the within case is settled and dismissed with prejudice as to all parties and all claims with each party to bear their own attorneys fees and court costs. The Court is requested to retain jurisdiction over the enforcement of the settlement agreement.

| | |
|---|---|
| Respectfully submitted, | |
| /s/ Cory Hinton | /s/ Keith A. Savidge |
| Cory R. Hinton (0085668) | Keith A. Savidge (0014242) |
| Hanahan & Hinton, LLC | Seeley, Savidge, Ebert & Gourash Co., LPA |
| 8570 Mentor Ave. | 26600 Detroit Rd., Suite 300 |
| Mentor, OH 44060 | Westlake, OH 44145 |
| Tel: 440-255-7711; Fax: 440-255-3806 | Tel: 216-566-8200; Fax: 216-566-0213 |
| chinton@rghk.com | kasavidge@sseg-law.com |
| | |
| *Counsel for Plaintiff* | *Counsel for One World Technologies, Inc. and Ryobi Technologies, Inc.* |

IT IS SO ORDERED.

s/John R. Adams    1/16/18
_____
JUDGE JOHN R. ADAMS